```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 06384
    HAROLD T MOORE
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-5771

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
        The case was filed on 03/18/2008 and was confirmed 09/04/2008.

        The plan was confirmed to pay secured creditors 100% and unsecured
    creditors   6.00%.

        The case was dismissed after confirmation 10/09/2008.
--------------------------------------------------------------------------------
    CREDITOR NAME               CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                                PAID         PAID
--------------------------------------------------------------------------------
    SANTANDER CONSUMER USA   SECURED VEHIC        .00            .00          .00
    SANTANDER CONSUMER USA   UNSECURED     NOT FILED             .00          .00
    PRONTO PRESTAMO          SECURED VEHIC   2472.00             .00          .00
    US BANK                  CURRENT MORTG       .00             .00          .00
    US BANK                  MORTGAGE ARRE       .00             .00          .00
    MIDWEST DENTAL           UNSECURED     NOT FILED             .00          .00
    HSBC                     UNSECURED       488.00              .00          .00
    VILLAGE OF BROADVIEW     UNSECURED     NOT FILED             .00          .00
    CENTURY AUTO SALES       SECURED NOT I       .00             .00          .00
    CENTURY AUTO SALES       UNSECURED     NOT FILED             .00          .00
    BENNIE W FERNANDEZ       DEBTOR ATTY    2,873.00                      1,299.20
    TOM VAUGHN               TRUSTEE                                        100.80
    DEBTOR REFUND            REFUND                                            .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
    TRUSTEE                   1,400.00

    PRIORITY                                           .00
    SECURED                                            .00
    UNSECURED                                          .00
    ADMINISTRATIVE                                1,299.20
    TRUSTEE COMPENSATION                            100.80
    DEBTOR REFUND                                      .00
                            ---------------    ---------------
    TOTALS                    1,400.00             1,400.00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 06384 HAROLD T MOORE

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/27/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

                                                    PAGE   2
CASE NO. 08 B 06384 HAROLD T MOORE